458 A.2d 273

Hendrickson v. Rucker, Appellant.

Argued June 4, 1982.

Francis X. Brennan, for appellant; Richard F. Furia, for appellees.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment affirmed as modified.